05-CR-05563-ORD

Judge Leighton

FILED _____ LODGED
_____ RECEIVED

AUG 15 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEAN MEANS, JR.,<br><br>    Defendant. | NO.   CR05-5563RBL<br><br>ORDER MODIFYING<br>CONDITIONS OF<br>  SUPERVISED RELEASE |

THIS MATTER coming before the undersigned Judge of the above-entitled Court on August 11, 2006, for a revocation hearing; defendant being present and being represented by his attorney, Miriam Schwartz; the government being represented by David Reese Jennings, Assistant United States Attorney; the Court having heard from defendant's counsel and defendant; and from U.S. Probation Officer Michael Markham, and from Government counsel; and the defendant having been fully advised of his rights and having admitted to violations 1 and 2, the Court being fully advised in the premises, now therefore, it is hereby

**ORDERED** that defendants supervised release is revoked and reinstated, and that the conditions of defendant's supervised release be MODIFIED to include the following special conditions <u>in addition to</u> all the standard and other conditions previously ordered:

1. The defendant shall participate in the home confinement program which shall include electronic monitoring as directed by the probation office for a period of 180 days. Defendant shall pay the cost of home confinement as directed by the U.S. Probation

Order Modifying Supervised Release/Means --- 1
CR05-5563RBL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  Officer. Defendant will be transferred to home confinement on or about August 15,
2  2006, as directed by defendant's probation officer.
3      2.   The defendant shall participate in mental health treatment as directed by the
4  U.S. Probation Officer, which may include my mandatory participation and successful
5  completion of the Financial Education Program through the U.S. Probation Office.
6  Defendant must contribute towards the cost of treatment, to the extent he is financially
7  able to do so, as determined by the U.S. Probation Officer
8      3.   The defendant shall submit to mandatory drug testing pursuant to 18 U.S.C. §
9  3563(a)(5) and 18 U.S.C. § 3583(d).
10     4.   Upon the successful completion of his home confinement, Defendant shall
11 complete an additional 6 months of supervised release.
12     All other terms and conditions of Defendant's Supervised Release shall remain in
13 full force and effect.
14     It is FURTHER ORDERED that a copy of this Order shall be delivered to counsel
15 for the parties, and United States Probation Officer Michael Markham.
16     DATED this 15 day of August, 2006.

*/s/ Robert Bryan*

for RONALD B. LEIGHTON
United States District Judge

Presented by:

s/David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: David.R.Jennings@usdoj.gov

Order Modifying Supervised Release/Means — 2
CR05-5563RBL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800